Ethan Jacobs (SBN 291838)
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 275-0845
ethan@ejacobslaw.com

Attorneys for Plaintiff
NMN Advisors, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NMN Advisors, Inc, <br><br> Plaintiff, <br> v. <br><br> Sphere 3D Corp., <br><br><br> Defendant. | Case No.: <br><br> **COMPLAINT FOR BREACH OF CONTRACT AND ANTICIPATORY BREACH** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff NMN Advisors, Inc. ("NMN") asserts the following claims against Defendant Sphere 3D Corp. ("Sphere 3D" or "Defendant").

**NATURE OF ACTION**

1. This is an action for breach of contract arising out of Sphere 3D's refusal to pay NMN's outstanding invoices and its repudiation of the parties' contract near the beginning of its first one-year renewal term.

**JURISDICTION AND VENUE**

2. Plaintiff is a corporation organized and existing under the laws of California, with its principal place of business in Oakland, California. Defendant Sphere 3D is a corporation incorporated under the laws of Canada and having a principal place of business in Mississauga, in Ontario, Canada. The amount in controversy exceeds $75,000 exclusive of fees and costs. Accordingly, this Court has diversity jurisdiction under 28 U.S.C. § 1332.

1

3.       Defendant Sphere 3D is subject to personal jurisdiction in this Judicial District because in Section 12 of the contract that forms the basis for this dispute—the January 31, 2022 Consulting Agreement (the "Agreement")—the "parties hereby irrevocably consent[ed] to the personal jurisdiction and venue" in "the federal or state courts located in the Northern District of California" for "[a]ny legal action or proceeding arising under [the] Agreement."

4.       Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) because a substantial part of the acts, events, and omissions giving rise to Plaintiff's claims occurred in this judicial district and because Plaintiff and Defendant consented to venue in this District.

## DIVISIONAL ASSIGNMENT

5.       A substantial part of the events and omissions that gave rise to the claims in the Complaint—the breach of contract, failure to pay on an account stated, and failure to pay on an open book account—occurred in Alameda county, and accordingly assignment to the Oakland Division is warranted.

## THE PARTIES

6.       NMN Advisors, Inc. ("NMN")  is an investor relations firm based in Oakland, California.

7.       Sphere 3D Corp. ("Sphere 3D") is a cryptocurrency mining company based in Canada.

## COMMON FACTUAL ALLEGATIONS

8.       NMN is a strategic investor relations firm with broad experience working with public and private companies. The firm is comprised of senior-level professionals with in-depth expertise in all facets of financial communications, including pre-IPO programs, transaction communications, and crisis communications management. NMN provides clients with expert counsel, building long-term value through credible and consistent Wall Street communication.

9.       In January 2022, Sphere 3D did not have its own in-house investor relations team and hired NMN to assist with its investor relations. The parties signed the Agreement, attached as Exhibit A to this complaint, to govern that relationship.

10.       NMN provided extensive services under the Agreement during 2022. For almost a

2

COMPLAINT

year, the relationship between NMN and Sphere 3D was productive and Sphere 3D expressed no complaints about the quality of NMN's services and did not dispute any of its invoices.

11.    That changed in October 2022 when Patricia Trompeter, Sphere 3D's Chief Executive Officer, abruptly told NMN to stop work. NMN explained that it had a contract to provide services assisting Sphere 3D during that time and could not stop work to accommodate budget changes. Further, NMN explained that NMN had been communicating with Sphere 3D's accounts payable department about outstanding invoices and that Sphere 3D needed to pay those invoices.

12.    Ms. Trompeter paid some of the outstanding invoices, but not all of them.

13.    The initial period under the Agreement began on the Effective Date—January 31, 2022—and continued for one year, until January 30, 2023. The deadline to terminate the Agreement and prevent renewal for a second term was 90 days before the last day of the initial period, or November 30, 2022. Because that date passed without a termination notice, the contract renewed for a second one-year term that began on January 31, 2023.

14.    Under the Agreement, Sphere 3D was obligated to pay NMN $30,429 per month for the renewal term that began on January 31, 2023.

15.    On December 20, 2022, Sphere 3D sent what purported to be a written notice of termination, but it was untimely.

16.    On January 18, 2023, Ms. Trompeter emailed NMN instructing it to stop doing work: "Don't do any work on our behalf going forward." From that time forward, Sphere 3D refused to accept work from NMN.

17.    By February 2023, there were unpaid invoices of approximately $29,400 each from October, November, and December 2022, and January 2023 and invoices for $30,429 for February, and March 2023—or approximately $178,458 in total.

18.    Under Section 4 of the Agreement, unpaid amounts are subject to a 2% monthly late fee when they are not paid within 45 days. Accrued late fees on unpaid invoices are now over $20,000.

19.    Under Exhibit A to the Agreement, monthly required hours in excess of 62 are billed at $450 per hour. NMN performed substantial out-of-scope services for Sphere 3D and in February

COMPLAINT

2023 sent Sphere 3D an invoice for those services requesting payment of $58,792.50.

20. Under the Agreement, the total revenues due under the first renewal term would be $365,148, which includes the $30,429 monthly amounts referenced in paragraph 17 above.

21. NMN is entitled to recover its expected profits on the payments due during the first renewal term. And, in addition to that result being dictated by contract law, it is only fair: among other things, NMN hired an employee in reliance on Sphere's contractual commitment for the renewal term.

22. Finally, under the fee-shifting provision in Section 13 of the Agreement, NMN is entitled to recover its costs and attorneys' fees when it prevails in this dispute relating to the Agreement.

23. On February 14, 2023, NMN, through its outside counsel, emailed a letter to Ms. Trompeter to request payment of the outstanding amounts due. The full text of her response, sent less than two hours later, was:

Hi ethan

Thank you.  Will give you to our attorney for our suit.

buckle up

24. Further communications did not resolve the issue of Sphere 3D's refusal to pay what it owes.

## FIRST CAUSE OF ACTION

### (Breach of Written Contract)

25. NMN hereby realleges the allegations set forth in the paragraphs above.

26. NMN and Sphere 3D entered into the Agreement under which NMN agreed to provide services to Sphere 3D and Sphere 3D agreed to pay for those services within 30 days of receipt.

27. NMN did all, or substantially all, of the significant things that the Agreement required

4

COMPLAINT

it to do or was excused from having to do those things.

28. Sphere 3D breached the Agreement by failing to pay NMN's invoices on or before 30 days after receipt.

29. As a direct and proximate result of Sphere 3D's breach of contract, NMN has suffered damages.

## SECOND CAUSE OF ACTION

### (Anticipatory Breach)

30. NMN hereby realleges the allegations set forth in the paragraphs above.

31. NMN and Sphere 3D entered into the Agreement under which NMN agreed to provide services to Sphere 3D and Sphere 3D agreed to pay for those services.

32. Sphere 3D has expressly and unequivocally repudiated the Agreement by stating that it will not further perform and by purporting to terminate Agreement through its untimely December 20, 2022 termination notice.

33. NMN is ready, willing, and able to perform under the Agreements but for Sphere 3D's repudiation and anticipatory breach.

34. As a direct and proximate result of Sphere 3D's anticipatory breach, NMN has suffered damages.

WHEREFORE, NMN seeks judgment as set forth herein.

## PRAYER FOR RELIEF

WHEREFORE, NMN demands judgment on this Complaint and an award of monetary relief against Sphere 3D as follows:

1. compensatory damages in an amount to be determined at trial;

2. costs of suit;

3. attorneys' fees and costs as provided under Section 13 of the Agreement;

4. awardable pre- and post-judgment interest at the maximum legal rate; and

5

5.    entry of an Order for any further relief as the Court may deem just and proper.

Dated:  June 16, 2023                 ETHAN JACOBS LAW CORPORATION


By:    /s/ Ethan Jacobs
ETHAN JACOBS
Attorneys for Plaintiff
NMN Advisors, Inc.


## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby demands trial by jury in this action on any issue triable of right by a jury.

Dated:  June 16, 2023                 ETHAN JACOBS LAW CORPORATION


By:    /s/ Ethan Jacobs
ETHAN JACOBS
Attorneys for Plaintiff
NMN Advisors, Inc.

6

COMPLAINT

# Exhibit A

**CONSULTING AGREEMENT**

This Consulting Agreement ("Agreement") is made and entered into as of January 31, 2022 (the "Effective Date") by and between Sphere 3D Corp. ("Client"), with its principal place of business located 895 Don Mills Road, Bldg. 2, Suite 900, Toronto, Ontario M3C 1W3 and NMN Advisors, Inc. ("NMN Advisors") with its principal place of business located at 815 Northvale, Oakland, California 94610.

1. **Statements of Work.** From time to time, Client and NMN Advisors may execute one or more Project Assignments, substantially in the form attached to this Agreement as Exhibit A ("Project Assignment"), describing the services to be performed by NMN Advisors. Each Project Assignment will form a part of this Agreement and be subject to the terms and conditions contained herein.

2. **Compensation.** Client will pay NMN Advisors the fee set forth in each Project Assignment for the services rendered. Payment of NMN Advisors' fees and expenses will be in accordance with terms and conditions set forth in the applicable Project Assignment.

3. **Expenses.** In addition to the project fee, Client shall also reimburse NMN Advisors for reasonable and customary expenses NMN Advisors incurs in providing services to Client under this Agreement (the "Reimbursable Expenses"). Such Reimbursable Expenses shall include, but are not limited to: messenger, delivery, transportation, airfare, hotels, and meals while traveling. NMN Advisors team members can be available to travel with executives during investor outreach and to attend key corporate events. Costs for travel expenses and travel time are not included in above retainer. Travel days with air travel will be billed at our full day rate of $4,800; time working over 8 hours will be charged an hourly fee. In addition, Client shall pay 5% of each month's retainer to cover expenses related to overhead, software subscriptions, and other subscriptions and technologies related to providing optimal levels service.

4. **Payment Terms.** NMN Advisors shall invoice Client in advance of the work, two months in advance, the monthly retainer fee, overhead expenses, and any out-of-pocket expenses incurred. Client agrees to pay the full amount of each invoice within thirty (30) days after its receipt. Should any invoice remain unpaid for more than fifteen (15) days past the due date, NMN Advisors may give Client written notice that it will no longer provide services until all outstanding invoices are paid in full ("Cessation Notice"). Any invoices which are later than 45 days will incur a 2% per month late fee. Client agrees that the rates provided for in any Project Assignment shall by increase by 3.5% on each annual anniversary of the Effective Date**.** Notwithstanding NMN Advisors providing Client with a Cessation Notice, Client will continue to be liable for monthly retainer payments as if Client provided a notice of termination, as provided in Section Nine ( **Error! Reference source not found.** ), on the date of NMN Advisors' notice.

5. **Independent Consultant Relationship.** NMN Advisors' relationship with Client is that of an independent consultant and nothing in this Agreement is intended to, or should be construed to, create a partnership, agency, joint venture, or employment relationship. NMN Advisors will perform the services under the general direction of the Client, but NMN Advisors will determine, in its sole discretion, the manner and means by which the services are accomplished, subject to the requirement that NMN Advisors will at all times comply with applicable law. NMN Advisors will not be entitled to any of the benefits that Client may make available to its employees, including, but

**1**

not limited to, group health or life insurance, profit sharing, or retirement benefits. NMN Advisors is solely responsible for, and will file, on a timely basis, all tax returns and payments required to be filed with, or made to, any federal, state or local tax authority with respect to the performance of services and receipt of fees under this Agreement.

6.      **Confidential Information.**  In performing the services described in this Agreement, NMN Advisors agrees to hold any non-public information it receives concerning the business affairs and financial condition of Client (the "Confidential Information") in strict confidence, not to use it the Confidential Information in any way, commercially or otherwise, except in performing services under this Agreement, and not to disclose it to others.  The confidentiality restrictions contained in this paragraph shall survive the termination or expiration of this Agreement.  Confidential Information will not include any information that: (a) is or becomes part of the public domain through no fault of NMN Advisors; (b) was rightfully in NMN Advisors' possession at the time of disclosure, without restriction as to use or disclosure; or (c) NMN Advisors rightfully receives from a third party who has the right to disclose it and who provides it without restriction as to use or disclosure.

7.      **LIMITATION OF LIABILITY.  IN NO EVENT WILL EITHER PARTY BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, EVEN IF INFORMED IN ADVANCE OF THE POSSIBILITY OF SUCH**

**NMN ADVISORS DOES NOT WARRANT THAT ITS SERVICES UNDER THIS AGREEMENT WILL BE ERROR FREE; NOR DOES IT MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM ITS SERVICES.  EXCEPT AS EXPRESSLY SET FORTH HEREIN, ITS SERVICES ARE PROVIDED "AS IS," AND NMN ADVISORS DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

8.      **Indemnification.**  Client acknowledges and agrees that NMN Advisors will rely upon the information provided to it by Client and upon information made publicly available by Client in performing the services and in rendering opinions in connection herewith, in each case without having independently verified such information.  The parties acknowledge and agree that NMN Advisors does not assume responsibility for the accuracy, veracity, or completeness of such information.  Client agrees to indemnify, defend, and hold NMN Advisors and its directors, officers, shareholders, employees, contractors, agents, and controlling persons (an "NMN Advisors Indemnified Party") harmless from and against any and all losses, claims, damages, liabilities, judgments, fines, penalties, actions, demands, lawsuits, investigations (governmental or otherwise), costs, and expenses of any kind, including reasonable fees and expenses of attorneys and other professionals, whether or not a lawsuit is filed, to which such NMN Advisors Indemnified Party may become subject as a result of the performance of services under this Agreement or arising directly out of or in connection with any breach by Client of any of its representations or warranties.

9.      **Term.**  This Agreement shall run for an initial period of one year from the Effective Date and thereafter shall automatically renew for successive one-year periods.  Client may terminate this Agreement: (1) effective on the last day of the initial period by giving written notice of termination to NMN Advisors at least ninety (90) days prior to the last day of the initial period, or (2) effective

2

on the last day of any renewal period by giving written notice of termination to NMN Advisors at least ninety (90) days prior to the last day of that renewal period.   In the event Client is merged with or taken over by a third party or other corporate action, contract is transferred to the new entity.

10.      **Non-solicitation of Employees and Contractors.**  During the term of this Agreement, and for a period of one (1) year following its expiration or termination (the "Restricted Period"), Client agrees that it shall not directly or indirectly solicit or induce any individual who is, or within one (1) year prior to the expiration or termination of this agreement was, employed by NMN Advisors, Inc. (an "NMN Advisors Employee") to become employed by or to provide consulting services to Client.  If, during the Restricted Period, Client, employs an NMN Advisors Employee or enters into an agreement in which the NMN Advisors Employee will provide consulting services to Client, it shall pay NMN Advisors, as a finder's fee, fifty percent (50%) of the Employee's new annual base salary or consulting agreement.  Such amounts shall be due and payable in full within ten (10) days following the commencement of the NMN Advisors Employee's employment with Client or the commencement of the consulting agreement between Client and the NMN Advisors' Employee (as applicable).

11.      **Survival.**  The rights and obligations contained in Sections two ( 2 ), three ( 3 ), five ( 5 ), six ( 6 ), seven ( 7 ), eight ( 8 ), ten (10 ), eleven ( 11 ),  twelve ( 12 ) and thirteen ( 12 )  shall survive any termination or expiration of this Agreement.

12.      **Governing Law and Jurisdiction.**  This Agreement shall be governed in all respects by the laws of the State of California without regard to or application of conflicts of law rules or principles.  Any legal action or proceeding arising under this Agreement will be brought exclusively in the federal or state courts located in the Northern District of California and the parties hereby irrevocably consent to the personal jurisdiction and venue therein.

13.      **Attorneys' Fees.**  The prevailing party in any dispute between the parties relating to this Agreement will be entitled to recover all attorneys' fees, costs, and other expenses that it incurs in connection with such dispute, in addition to any other relief to which such prevailing party may be entitled.

14.      **Notices.**  All notices required or permitted under this Agreement will be in writing, will reference this Agreement, and will be deemed given: (i) when delivered personally; (ii) one (1) business day after deposit with a nationally recognized express courier, with written confirmation of receipt; or (iii) three (3) business days after having been sent by registered or certified mail, return receipt requested, postage prepaid.  All such notices will be sent to the addressed set forth above or to such other address as may be specified by either party to the other in accordance with this Section.

15.      **Severability.**  Should any provision of this Agreement be held by a court of law to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining provisions of this Agreement shall not be affected or impaired thereby, and the provision so affected will be construed so as to be enforceable to the maximum extent permissible by law.

16.      **Interpretation.**  The parties acknowledge and agree that this Agreement has been the subject of arm's length and careful negotiation over a reasonable period of time, that each party has

3

been given the opportunity to independently review this Agreement with legal counsel, and that each party has the requisite experience and sophistication to understand, interpret, and agree to the particular language contained in its provisions.  Accordingly, in the event of an ambiguity in or dispute regarding the interpretation of this Agreement, this Agreement shall not be interpreted or construed against either party.

17.    **Entire Agreement.**  This Agreement constitutes the entire agreement between the parties relating to this subject matter and supersedes all prior or contemporaneous oral or written agreements concerning such subject matter.  The terms of this Agreement will govern all services undertaken by NMN Advisors on behalf of Client; provided, however, that in the event of any conflict between the terms of this Agreement and any Project Assignment, the terms of the applicable Project Assignment will control.  This Agreement may only be changed by mutual agreement of authorized representatives of the parties in writing.

18.    **Waiver.**  The failure of either party to enforce any provision of this Agreement will not constitute a waiver of future enforcement of that or any other provision.

19.    **Modification or Amendment.**  No amendment, change or modification of this Agreement, including any Project Assignment, shall be valid unless in writing signed by the parties hereto.

20.    **Counterparts**.  This Agreement may be executed in counterparts, each of which will be deemed an original, bit all of which together will constitute one and the same instrument.

Each party acknowledges that it has read this Agreement and agrees that it is the complete and exclusive understanding between the parties.

**NMN Advisors, Inc**

By: _Nicole Noutsios_
  3170A31E9D38488...

Name: Nicole Noutsios
_____

Title: CEO
_____

Date: 1/31/2022
_____

**Sphere 3D Corp.**

By: _Patricia Trompeter_
  6257D33FAD674F7...

Name: Patricia Trompeter
_____

Title: Director
_____

Date: 2/1/2022
_____

4

**Exhibit A**
**Project Assignment**

This Project Assignment Number 1 is issued under and subject to all of the terms and conditions of the Consulting Agreement dated as of January 31, 2022, by and between Sphere 3D Corp. ("Client") and NMN Advisors, Inc. ("NMN Advisors"). NMN Advisors, Inc. shall perform the following services:

**Schedule of Work:**
The work will commence on February 1, 2022

## February

- Weekly meetings with team members to go over action items (not to exceed 10 hours of senior IRO a month of meetings & calls).

**Shareholder Mailing of Proxy Statement for Special Meeting re Gryphon Merger – Feb 2022**
- Up to 10 hours of strategic counsel as requested by the company.

**NuMiner Launch/Press Release**
- Up to 10 hours of strategic counsel as requested by the company.

**Manage Investor Calls**
- Filter for institutional investors to the IRO and CEO (or designated spokesperson) for inbound calls. Executives handle talking to investors (not to exceed 10   hours).
- Provide backgrounders in advance of the call.
- Assist with answering incoming calls to retail investor hotline.

**Maintain Investor List**
- Maintain an institutional investor and sell-side list of inbound interest.

**IR Calendar (will provide template)**
- Develop and maintain IR calendar that specifies key events including: earnings activities, investor meetings,  conferences, road show and other milestones/events planned.

**Manage IR Website**
- Review website to make sure all content is posted and make expansions as needed.
- Ensure web site remains up to date with Investor Relations material, including earnings releases, conference presentations, FAQs and key announcements.
- Ensure webcast links are posted well before all important events.

## March

- Weekly meetings with team members to go over action items (not to exceed 5 hours of senior IRO a month of meetings).

**Capital Raise $300-350MM Debt with Cowen & Jefferies – Feb/March 2022**

- Senior IR hours – 15 hours to assist with and review deck, messaging and senior counsel.

**Special Meeting of Shareholders – March 2022**
- Draft the final PR if completed - 10 hours allocated to drafting and finalizing.

**Manage Investor Calls - Continued**
- Act as secondary spokesperson and a filter for institutional investors to the IRO and CEO (or designated spokesperson) for inbound calls. Executives handle talking to investors (will not exceed 10 hours a month).
- Provide backgrounders in advance of the call.
- Assist with answering incoming calls to retail investor hotline.

**Maintain Investor List**
- Maintain an institutional investor and sell-side list of inbound interest.

**Manage IR Website - Continued**
- Ensure IR web site is current, comprehensive and easy to navigate, coordinating with site provider and company as needed.
- Ensure web site remains up to date with Investor Relations material, including earnings releases, conference presentations, FAQs and key announcements.
- Ensure webcast links are posted well before all important events.

## April

- Weekly meetings with team members to go over action items (not to exceed 10 hours of senior IRO a month of meetings & calls).

**Earnings Process Development and Trial – One time**
- Provide best-in-class earnings materials examples and work with the team to create the press release and material as needed for ER (will not exceed 20 hours of senior IRO help, plus other support help).

**Manage Investor Calls – Continued**
- Filter for institutional investors to the IRO and CEO (or designated spokesperson) for inbound calls. Executives handle talking to investors (not more than 10 hours a month).
- Provide backgrounders in advance of the call.
- Assist with answering incoming calls to retail investor hotline.

**Maintain Investor List**
- Maintain an institutional investor and sell-side list of inbound interest.

**Manage IR Website - Continued**
- Ensure IR web site is current, comprehensive and easy to navigate, coordinating with site provider and company as needed.
- Ensure web site remains up to date with Investor Relations material, including earnings releases, conference presentations, FAQs and key announcements.

**6**

- Ensure webcast links are posted well before all important even

## May

- Weekly meetings with team members to go over action items (not to exceed 10 hours of senior IRO a month of meetings & calls).

**Earnings Release for Q1FY2022 (Q1 filing) – May 13, 2022 -   Quarterly Earnings Assistance**

*Materials Review and Preparation*
- Develop earnings release messaging and provide feedback (Internal Finance to update and confirm all numbers and PR runs drafting – not to exceed 5 hours).
- Assist with possible feedback and Q&A for questions (5 hours).

**Capital Raise $300-350MM Equity Raise with Cowen & Jefferies**
- Start the material this month and 10 hours allocated to senior IRO help.

**Manage Investor Calls**
- Act as secondary spokesperson and a filter for institutional investors to the IRO and CEO (or designated spokesperson) for inbound calls. Executives handle talking to investors (not more than 10 hours a quarter).
- Provide backgrounders in advance of the call.
- Assist with answering incoming calls to retail investor hotline.

**Maintain Investor List**
- Maintain an institutional investor and sell-side list of inbound interest.

**Manage IR Website**
- Ensure IR web site is current, comprehensive and easy to navigate, coordinating with site provider and company as needed.
- Ensure web site remains up to date with Investor Relations material, including earnings releases, conference presentations, FAQs and key announcements.
- Ensure webcast links are posted well before all important events.

## June

- Weekly meetings with team members to go over action items (not to exceed 10 hours of senior IRO a month of meetings & calls).

**Capital Raise $300-350MM Equity Raise with Cowen & Jefferies**
- Senior IR hours – 10 hours to assist with and review deck, messaging and counsel.
- Draft the final PR if completed - 10 hours allocated to drafting and finalizing.

**Manage Investor Calls – Continued**
- Filter for institutional investors to the IRO and CEO (or designated spokesperson) for inbound calls. Executives handle talking to investors (not more than 10 hours).

- Provide backgrounders in advance of the call.
- Assist with answering incoming calls to retail investor hotline.

**Maintain Investor List**
- Maintain an institutional investor and sell-side list of inbound interest.

**Manage IR Website - Continued**
- Ensure IR web site is current, comprehensive and easy to navigate, coordinating with site provider and company as needed.
- Ensure web site remains up to date with Investor Relations material, including earnings releases, conference presentations, FAQs and key announcements.
- Ensure webcast links are posted well before all important events.

**Ongoing Work Proposal Estimate: July 2022 onward - $28,000 a month**

- Weekly meetings with team members to go over action items (not to exceed 5 hours of senior IRO a month of meetings & calls).

**Quarterly Earnings Assistance**
Maximize the company's opportunity to communicate its strategy and results to the investment community through the company's earnings calls (will not exceed a total 40 senior IRO hours for strategic advice).

*Messaging Assistance / Materials Review*
- Audit the earnings material and provide suggestions to simplify the messaging.
- Manage earnings materials development and drive best-in-class processes.

*Materials Review and Preparation*
- Have three team meetings to go over the content and development of the material.
- Develop earnings release and provide feedback (Internal Finance to update and confirm all numbers and PR runs drafting).
- Create first draft of CFO script and provide feedback on other drafts (Finance to update and confirm the numbers and all changes).
- Review CEO script and provide feedback (Finance to update and confirm the numbers and all changes).
- Update Q&A for top 10 questions, including reviewing past earnings questions and analyst and investor meeting notes.
- Reach out to the sell-side for possible questions to address during earnings and provide summary to the team.

**Manage Investor Calls**
- Act as secondary spokesperson and a filter for institutional investors to the IRO and CEO (or designated spokesperson) for inbound calls. Executives handle talking to investors (not to exceed 15 hours a quarter)
- Provide backgrounders in advance of the call.
- Assist with answering incoming calls to retail investor hotline.

**IR Calendar**
- Develop and maintain IR calendar that specifies key events including: earnings activities, investor meetings, conferences, road show and other milestones/events planned.

**Investor Outreach Management – This should all start in September**
Proactively plan and execute investor outreach to maximize exposure to desirable investor (up to a total of 32 hours/four days of outreach per quarter).

*Road Shows*
- Plan road shows to arrange one-on-one meetings with current and prospective institutional investors.
- Provide the bank with investor target list to draw from prior to road show engagement to ensure expectations are clear and desirable meetings are booked.
  - Manage equity research firms in setting up road shows as necessary.
  - Coordinate logistics with assistants.
  - Draft master plan/itinerary that includes travel details and backgrounders for each investor and their institution.
  - Put all meetings in IR database.

*Investor Conferences*
- Schedule and coordinate one-on-one meetings at investor conferences, prioritizing most desirable investors.
- NMN will conduct outreach as needed to try to fill the schedule for each conference.
- Manage the logistics for the events, including registering executives, signing up for webcasts, and coordinating travel with assistants.
- Draft master plan/itinerary that includes backgrounders for each investor and their institution.
- Put all meetings in IR database.

**Sell-Side Targeting**
- Develop sell-side targeting platform and provide analyst targets for outreach.
- Conduct outreach to arrange calls between targeted analyst and management team (not to exceed 10 hours a quarter).
- Prep executives for each sell-side meeting and create analyst/firm overview documents.
- NMN team member will attend calls and give feedback on presentation/call.

**Manage IR Website**
- Ensure IR web site is current, comprehensive and easy to navigate, coordinating with site provider and company as needed.
- Ensure web site remains up to date with Investor Relations material, including earnings releases, conference presentations, FAQs and key announcements.
- Ensure webcast links are posted well before all important events.

**Research and Reporting**
- Monitor and analyze the investment community's research material on company and five

9

peers for their perception, attitudes, and recommendations on the company and industry.

**Fees and Reimbursement:**

NMN Advisors will bill Sphere 3D Corp. two months in advance of retainer work.  $28,000 per month retainer based on the schedule of work in Exhibit A (July 2022 work scope will allocate 55 hours of senior IRO assistance a quarter/13 weeks outlined in work scope).  In the event NMN Advisors, Inc. is required for more than 62 hours a month, additional hours will be billed at $450 per hour.

Graphic design assistance is $150 an hour and $200 for weekend work.

**NMN Advisors, Inc**

By: _Nicole Noutsios_
3170A31E9D38488...

Name: Nicole Noutsios

Title: CEO

Date: 1/31/2022

**Sphere 3D Corp.**

By: _Patricia Trompeter_
6257D33FAD674F7...

Name: Patricia Trompeter

Title: Director

Date: 2/1/2022

10